```
UNITED STATES DISTRICT COURT              DJGPC FILE
EASTERN DISTRICT OF NEW YORK              189956
------------------------------------X
TOMASZ J. PIOTROWSKI,                     Case No.
                                          1:15-cv-05849 (DLI)(RML)
                    Plaintiff,

        -against-

ASHWOOD FINANCIAL, INC.,

                    Defendant.            STIPULATION OF
                                          DISMISSAL WITH
------------------------------------X     PREJUDICE
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby dismissed and discontinued, with prejudice, as to the named defendant, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without further costs to either party as against the other.

Dated:   New York, New York
         Wednesday, January 11, 2017.            MAR 1 4 2017

_____                _____
STEVEN M. WARSHAWSKY, ESQ.               DAVID J. GOLD, P.C.
(SW 5431)                                (DJG-4912)
Attorney for Plaintiff                   Attorney for Defendant
Office & P.O. Address                    Office & P.O. Address
350 Fifth Avenue, 59th Floor             800 Second Avenue, Suite 810
New York, New York 10118                 New York, New York 10017-9223
Tel.: (212) 601-1980                     Tel.: (212) 962-2910
Fax:  (212) 601-2610                     Fax:  (212) 962-2919
EMail: smw@warshawskylawfirm.com         EMail: djgpcesq1@aol.com
Web.: www.warshawskylawfirm.com          Web.: davidjgoldpc.com